UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAI,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>K HEALTH INC.<br><br>                    Defendant. | 24 Civ. 0185 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court has been informed that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case. A proposed settlement has been submitted for the Court's approval. *See* ECF No. 13. The proposed settlement provides for an aggregate payment of $30,000 in connection with Plaintiff's FLSA claims, with (1) $20,000 to be apportioned to Plaintiff, and (2) the remainder of the settlement sum ($10,000) allocated to Plaintiff's counsel, Brendan M. Sweeney, The Law Office of Christopher Q. Davis, in attorney's fees and costs. *See* ECF No. 27-1 ¶ 1.

The Court has reviewed the terms of the proposed settlement and finds them to be fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015). Accordingly, the proposed settlement is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: November 4, 2024
       New York, New York

*Jennifer H. Rearden*
_____
JENNIFER H. REARDEN

2

United States District Judge